# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVER CINEMAS ACQUISITION CO. DBA LANDMARK THEATRES,<br><br>Plaintiff,<br><br>v.<br><br>REGAL ENTERTAINMENT GROUP; REGAL ENTERTAINMENT HOLDINGS, INC.; REGAL ENTERTAINMENT HOLDINGS II, LLC; REGAL CINEMAS CORPORATION; REGAL CINEMAS HOLDINGS, INC.; REGAL CINEMAS, INC.; REGAL CINEMAS II, LLC; and REGAL GALLERY PLACE LLC,<br><br>Defendants. | Civil Action No. 1:16-cv-123 (CRC)<br><br>**ORAL ARGUMENT REQUESTED** |

## REGAL'S MOTION TO DISMISS THE AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(b)(6), the Regal Defendants respectfully move to dismiss the Amended Complaint of Plaintiff Landmark with prejudice for failure to state a claim upon which relief can be granted.[1] The legal and factual bases for this motion are set forth in the contemporaneously filed Memorandum of Law in Support of Regal's Motion to Dismiss the Amended Complaint. Pursuant to Local Civil Rule 7(f), Regal requests that the Court schedule an oral hearing on this motion.

---

[1] The "Regal Defendants" or "Regal" refer collectively to Defendants Regal Entertainment Group, Regal Entertainment Holdings, Inc., Regal Entertainment Holdings II, LLC, Regal Cinemas Corp., Regal Cinemas Holdings, Inc., Regal Cinemas, Inc., Regal Cinemas II, LLC, and Regal Gallery Place, LLC. "Landmark" refers to Plaintiff Silver Cinemas Acquisition Co. d/b/a Landmark Theatres.

Dated: April 18, 2016               Respectfully submitted,

                                                 **WILMER CUTLER PICKERING HALE AND DORR LLP**

By: */s/ Perry A. Lange*
Leon B. Greenfield (D.C. Bar No. 440795)
Perry A. Lange (D.C. Bar No. 494339)
Jeffrey D. Ayer (D.C. Bar No. 454476)
Adam R. Prescott (D.C. Bar No. 1015512)
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
lee.greenfield@wilmerhale.com
perry.lange@wilmerhale.com
jeffrey.ayer@wilmerhale.com
adam.prescott@wilmerhale.com

Attorneys for Defendants Regal Entertainment Group, Regal Entertainment Holdings, Inc., Regal Entertainment Holdings II, LLC, Regal Cinemas Corporation, Regal Cinemas Holdings, Inc., Regal Cinemas, Inc., Regal Cinemas II, LLC and Regal Gallery Place LLC