# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVER CINEMAS ACQUISITION CO. DBA LANDMARK THEATRES,<br><br>                Plaintiff,<br><br>v.<br><br>REGAL ENTERTAINMENT GROUP; REGAL ENTERTAINMENT HOLDINGS, INC.; REGAL ENTERTAINMENT HOLDINGS II, LLC; REGAL CINEMAS CORPORATION; REGAL CINEMAS HOLDINGS, INC.; REGAL CINEMAS, INC.; REGAL CINEMAS II, LLC; and REGAL GALLERY PLACE LLC,<br><br>                Defendants. | Civil Action No. 1:16-cv-123 (CRC) |

## [PROPOSED] ORDER

Upon consideration of the Regal Defendants' Motion to Dismiss the Amended Complaint and the contemporaneously filed Memorandum of Law in support thereof, it is hereby

**ORDERED** that the motion is **GRANTED** and the Amended Complaint (ECF No. 12) is **DISMISSED** with prejudice.

    **SO ORDERED.**

Dated: _____                         _____

                                                                                                  Honorable Christopher R. Cooper<br>
                                                                                                      United States District Judge