UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SILVER CINEMAS ACQUISITION CO. DBA LANDMARK THEATRES, <br><br>             Plaintiff, <br><br>    v. <br><br> REGAL ENTERTAINMENT GROUP; REGAL ENTERTAINMENT HOLDINGS, INC.; REGAL ENTERTAINMENT HOLDINGS II, LLC; REGAL CINEMAS CORPORATION; REGAL CINEMAS HOLDINGS, INC.; REGAL CINEMAS, INC.; REGAL CINEMAS II, LLC and REGAL GALLERY PLACE LLC, <br><br>             Defendants. | Civil Action No. 1:16-cv-123 (CRC) |

**STIPULATION FOR DISMISSAL PURSUANT TO
FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by counsel for Plaintiff Silver Cinemas Acquisition Co. ("Landmark") and counsel for Defendants Regal Entertainment Group; Regal Entertainment Holdings, Inc.; Regal Entertainment Holdings II, LLC; Regal Cinemas Corporation; Regal Cinemas Holdings, Inc.; Regal Cinemas, Inc.; Regal Cinemas II, LLC; and Regal Gallery Place LLC ("Regal"), that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above captioned action be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties, with each party to bear its own costs and attorneys' fees.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: August 24, 2016

*/s/ Leon B. Greenfield*

Leon B. Greenfield (D.C. Bar No. 440795)
Perry A. Lange (D.C. Bar No. 494339)
Jeffrey D. Ayer (D.C. Bar No. 454476)
Adam R. Prescott (D.C. Bar No. 1015512)
**WILMER CUTLER PICKERING
HALE AND DORR LLP**
1875 Pennsylvania Avenue, N.W.
Washington, D.C. 20006
Tel: (202) 663-6000
Fax: (202) 663-6363
lee.greenfield@wilmerhale.com
perry.lange@wilmerhale.com
jeffrey.ayer@wilmerhale.com
adam.prescott@wilmerhale.com

*Attorneys for Defendants Regal Entertainment
Group; Regal Entertainment Holdings, Inc.;
Regal Entertainment Holdings II, LLC; Regal
Cinemas Corporation; Regal Cinemas
Holdings, Inc.; Regal Cinemas, Inc.; Regal
Cinemas II, LLC; and Regal Gallery Place LLC*

Dated: August 24, 2016

*/s/ Barry J. Reingold*

Barry J. Reingold (D.C. Bar No. 942086)
BReingold@perkinscoie.com
**PERKINS COIE LLP**
700 Thirteenth Street NW, Suite 600
Washington, DC, 20005-3960
Telephone: 202.654.6226
Facsimile: 202.654.9141

Thomas L. Boeder (*Admitted Pro Hac Vice*)
TBoeder@perkinscoie.com
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000

129916975.1

Catherine S. Simonsen (*Admitted Pro Hac Vice*)
CSimonsen@perkinscoie.com
**PERKINS COIE LLP**
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721
Telephone: 310.788.3332
Facsimile: 310.788.3399

*Attorneys for Plaintiff Silver Cinemas*
*Acquisition Co. dba Landmark Theatres*

129916975.1